# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETH WETZEL, | No. 4:21-CV-01004 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CHARLES DIETTERICK and HEMLOCK TOWNSHIP, | |
| Defendants. | |

# ORDER

### SEPTEMBER 22, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Hemlock Township's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 34) is **GRANTED**.

2. Count IV is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge