# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETH WETZEL, | No. 4:21-CV-01004 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CHARLES DIETTERICK, | |
| Defendant. | |

## ORDER

### DECEMBER 18, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Charles Dietterick's Motion for Summary Judgment (Doc. 50) is **DENIED**.

2. A telephonic status conference with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge